**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN SPENCER AALBREGTSE | ) | BANKRUPTCY NO. 08-40878 |
| DANIELLE MARIE AALBREGTSE | ) | CHAPTER 7 |
| Debtors | ) | |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Comes now the Trustee and shows the Court as follows:

1.      That Trustee filed his Final Report and Distribution Summary with the Clerk of this Court on November 30, 2010.

2.      That pursuant to said Distribution Summary your Trustee issued checks dated January 28, 2011, to the creditors as set forth in the Distribution Summary.

3.      That check number 1012 payable to Verizon North Inc. was not deposited by creditor and on or about May 3, 2011 became stale dated so Trustee Stopped Payment and re-issued the check to creditor.

4.      That on August 1, 2011 Trustee received the check from creditor stating the check was stale dated when, in fact, it was not.  That creditor had the check for over 60 days and had not deposited said check.

5.      That Trustee needs to proceed in closing this case and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimant is as follows:

Verizon North Inc.                    Amount:  $12.99
404 Brock Dr.
Bloomington IL 61701

6.      That your Trustee's check in the total amount of $12.99 payable to the Clerk of this Court will be paid directly to the Clerk of this Court.

   /s/ Edward Chosnek_____
Trustee
P.O. Box 708
Lafayette, Indiana  47902
Telephone:  (765) 742-9081
e-mail:  trustee@chosneklaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on the 2nd day of August, 2011, service of a true and complete copy of the foregoing Transmittal of Unclaimed Funds was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

U.S. Trustee
Hunter Reece

Verizon North Inc., 404 Brock Dr., Bloomington IL 61701

                                            /s/ Edward Chosnek